It is ordered and adjudged that this appeal be, and' the same is hereby dismissed,
 
 sua sponte.
 
 The proceeding to review an order of the Department of Education, relative to the censoring of motion picture-films is by the commencement of an action in the Supreme Court as prescribed by Section
 
 154-47h,
 
 General Code.
 
 North American Committee to Aid Span
 
 
 *597
 

 ish Democracy
 
 v.
 
 Bowsher, Dir. of Education, Division of Film Censorship,
 
 132 Ohio St., 599, 9 N. E. (2d), 617.
 

 Appeal dismissed.
 

 Weygandt, C. J., Matthias, Hart, Zimmerman, Stewart, Turner and Taet, JJ., concur.